Notice

October 17, 2023

To:

United States District Court of Appeals for the Second Circuit

    **RE:    Orr v. McGinty**
            **Doclet #: 22-2022**

To Whom it May Concern,

    Please be advised that I am requesting transcripts of the oral argument from the district court, and I am holding off on filing my Pro Se Scheduling Notification until the transcripts are received by this court, so that I can submit an accurate date for filing the brief.

    Thank you for your consideration of this matter.

Sincerely,

*[signature]*

Alana Orr
Plaintiff/Appellant