# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2022

**Caption [use short title]:** Orr vs. McGinty

**Motion for:** Court Appointed Counsel and ADA Accommodations and Advocacy

**Set forth below precise, complete statement of relief sought:**
I am seeking accommodations for my disabilities
And assistance

**MOVING PARTY:** Gina Funk, Pro Se

**OPPOSING PARTY:** _____

- [ ] Plaintiff
- [ ] Defendant
- [x] Appellant/Petitioner
- [ ] Appellee/Respondent

**MOVING ATTORNEY:** _____

**OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]

**Court- Judge/ Agency appealed from:** _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
- [ ] Yes
- [ ] No (explain): _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
- [ ] Unopposed
- [ ] Opposed
- [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes
- [ ] No
- [ ] Don't Know

Is the oral argument on motion requested?  [ ] Yes  [ ] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  [x] Yes  [ ] No  If yes, enter date: 2/4/24

**Signature of Moving Attorney:**
_[signature]_  **Date:** 3/28/2024  **Service:** [ ] Electronic  [x] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

5

# United States Court of Appeals for the Second Circuit

Orr v. McGinty | 22-2022

Appellant's Affidavit in Support of Motion Requesting:
Court Appointment of Counsel,
ADA accommodations,
Grant Advocate

To The Court:

  I, Gina Funk, am requesting that the Court grant me appointment of counsel and ADA accommodations for the following reasons:

  As a pro se litigant who is in forma pauperis, I am unable to afford my own attorney. I have consulted with private attorneys and the pro bono services available to me and I have been turned down repeatedly because of my allegations that there is fraud, racketeering, and public corruption of state actors and their known affiliates.

  I have PTSD from domestic violence and witnessing child abuse. Due to repeated legal abuse and due process violations, which I have been exposed to in family court, I continue to suffer C-PTSD and legal abuse syndrome which hinders my ability to pursue justice. I do not have the ability to represent myself effectively as I am traumatized due to the systemic orchestration by the defendants and their known affiliates' of my domestic violence status and my children's child abuse status.

  My due process rights were violated because of the inadequate counsel that I had in the lower court. I am requesting the court grant me assistance with my appeal to help me access my own records on file in family court, CPS and in law enforcement as my evidence is inaccessible to me or has vanished and been struck from my record.

  I am at a disadvantage without effective counsel since there is a high risk of continued retaliation by the defendants. The defendants retaliate against me when I request ADA accommodations for domestic violence and child abuse. It is really difficult for me to hold the defendants accountable for violating my due process rights because they have immunity and quasi-judicial immunity and act with impunity.

  The status quo has been disrupted by the illegal seizure of my maternal rights and property without a full and fair trial at which competent evidence was adduced. I continue to endure irreparable damages and I need help to ensure that my due process rights are restored and protected.

I am requesting from the court disability accommodations under the Americans with Disabilities Act, Court Counsel, and/or an advocate to help ensure that justice is served and my maternal rights are restored.

I declare under penalty of perjury the foregoing is true and correct to my understanding.

Gina Funk, Pro Se
Petitioner/Appellant
7282 rt 28
Shandaken NY 12480
(845) 633-6030
funkginafunk@gmail.com

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

__Alana Orr & Gina Funk__
Appellants/ Petitioners

**CERTIFICATE OF SERVICE***

Docket Number: __22-2022__

v.

Anthony MgCinty, et al.
Appellees/ Defendants

I, __Gina Funk__, hereby certify under penalty of perjury that
(print name)
on __March 29th, 2024__, I served a copy of __Motion to appoint counsel and__
(date)
__ADA Accommodations and advocate__
(list all documents)

by (select all applicable)**

___ Personal Delivery     ✓ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Amy Ingram, Esq. | Suite 245, 721 Broadway, | Kingston | NY | 12401 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Marian Cocose, | 48 West Ohayo Mountain Road, | Bearsville | NY | 12409 |
| Name | Address | City | State | Zip Code |
| Michael T. Cook, Esq. | P.O. Box 3939, | Kingston, | NY | 12402 |
| Name | Address | City | State | Zip Code |
| Alexandria Twinem, | NYS Office of the Attorney General, The Capitol, | Albany | NY | 12224 |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__3/29/24__                                           __[signature]__
Today's Date                                          Signature

Certificate of Service Form (Last Revised 12/2015)