N.D.N.Y
17-cv-1280
Sharpe, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of August, two thousand twenty-four.

Present:
>  Raymond J. Lohier, Jr.,
>  Joseph F. Bianco,
>  Alison J. Nathan,
>      *Circuit Judges*.

---

Jillian Gordon, LCSW-R and Frances J. Amato,

      *Plaintiffs*,

Alana Orr and Gina Funk,

      *Plaintiffs-Appellants*,

    v.                                        22-2022

Anthony McGinty, et al.,

      *Defendants-Appellees*.

---

Appellant Gina Funk, pro se, moves for appointment of counsel and accommodations under the Americans with Disabilities Act ("ADA"). Appellant Alana Orr, pro se, moves for appointment of counsel, ADA accommodations, and injunctive relief. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

However, the district court's dismissal of the children's claims should be without prejudice. *See Berrios v. N.Y.C. Hous. Auth.*, 564 F.3d 130, 134-35 (2d Cir. 2009). This Court may "modify judgments to conform with the district court's authority, 'as may be just under the circumstances.'" *See United States v. Adams*, 955 F.3d 238, 250 (2d Cir. 2020) (quoting 28 U.S.C. § 2106).

Accordingly, the district court's judgment is MODIFIED to reflect that the children's claims are dismissed without prejudice.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court